# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

November 15, 2013

Clerk of the District Court
Thirteenth Judicial District Court
County of Sandoval
1500 Idalia Rd, Bldg A
Bernalillo, NM 87004

  RE: **Espinoza et al v. Allstate Property and Casualty Insurance Company et al**
    **CV 13-378 RB-ACT**

Dear Sir or Madam:

Please find enclosed a certified copy of the Memorandum Opinion and Order signed by U.S. District Judge Robert C. Brack, along with copies of the entire case file, remanding this case to your Court.

            Yours truly,
            MATTHEW J. DYKMAN, Clerk

            By: _____
              Deputy Clerk

Enclosures
cc: Counsel of Record/File